IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>ALL-INBIKE, et al.,<br><br>    Defendants. | Case No. 20-cv-03542<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,
A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

  Plaintiff Oakley, Inc. ("Oakley" or "Plaintiff") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery in an action arising out of 35 U.S.C. § 271. A Memorandum of Law in Support is filed concurrently with this Motion.

1

Dated this 18th day of June 2020.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Oakley, Inc.*