IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALL-INBIKE, et al., <br><br> Defendants. | Case No. 20-cv-03542 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Young B. Kim** |

**PLAINTIFF'S MOTION FOR ELECTRONIC
SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Oakley, Inc. ("Oakley" or "Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and electronic publication in an action arising out of 35 U.S.C. § 271. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 18th day of June 2020.          Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Oakley, Inc.*