IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALL-INBIKE, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-03542<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Plaintiff") hereby dismisses this action with prejudice against the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| Newboler Store | 5 |
| LLL Outdoor Store | 13 |

Dated this 28th day of August 2020.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jake M. Christensen
　　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　　Thomas J. Juettner
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law
　　　　　　　　　　　　　　　　　　　　tjjuettner@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Oakley, Inc.*