**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>ALL-INBIKE, et al.,<br><br>    Defendants. | Case No. 20-cv-03542<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| All-inbike | 1 |
| astorion | 20 |
| mall3653655 | 26 |
| Victgoal | 42 |

Dated this 2nd day of September 2020.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Oakley, Inc.*