IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALL-INBIKE, et al., <br><br> Defendants. | Case No. 20-cv-03542 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Young B. Kim** |

## DECLARATION OF JUSTIN R. GAUDIO

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Oakley, Inc. ("Plaintiff" or "Oakley"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated e-commerce stores operating under the Seller Aliases and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. On August 27, 2020, Plaintiff served Plaintiff's First Set of Interrogatories (4 interrogatories) and Plaintiff's First Set of Requests for the Production of Documents and Things to Defaulting Defendants (2 document requests) on Defaulting Defendants and received no response. **Exhibit 1** attached hereto is a true and correct copy of Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for the Production of Documents and Things to Defaulting Defendants.

5. Plaintiff also served its First Set of Requests for Admissions on Defaulting Defendants on August 27, 2020 and received no response. **Exhibit 2** attached hereto is a true and correct copy of Plaintiff's First Set of Requests for Admissions to Defaulting Defendants.

6. Information provided by PayPal, Inc., Alipay, Amazon and Wish for only some of the Defendants indicates that Defaulting Defendant's financial accounts have a total restrained balance of approximately $130,716.82. Defaulting Defendants' financial accounts have received at least $44,411,271.31 in total revenue.

7. **Exhibit 3** is an accurate copy of unpublished decisions cited in the corresponding Memorandum in Support of Plaintiff's Motion for Entry of Default and Default Judgment.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this the 2nd day of September 2020 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
Counsel for Plaintiff Oakley, Inc.