Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALL-INBIKE, et al., <br><br> Defendants. | Case No. 20-cv-03542 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Young B. Kim** |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANTS**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Oakley" or "Plaintiff"), by and through its counsel, hereby requests each of the Defendants identified herein to answer the following Requests for Admissions, separately and fully in writing under oath three (3) business days of receipt hereof pursuant to paragraph 6 of the Preliminary Injunction Order. [43] at ¶ 6.

.

2

**REQUESTS FOR ADMISSION**

<u>Request for Admission 1.</u>　　Admit that You own the Defendants' Online Marketplaces.

<u>Request for Admission 2.</u>　　Admit that You operate the Defendants' Online Marketplaces.

<u>Request for Admission 3.</u>　　Admit that You offered for sale and sold products infringing at least one of the Plaintiff's patented designs.

<u>Request for Admission 4.</u>　　Admit that You are not authorized to sell goods under the Oakley Design.

<u>Request for Admission 5.</u>　　Admit that Your supplier is not authorized to sell goods under the Oakley Design.

<u>Request for Admission 6.</u>　　Admit that You did not obtain an opinion from United States counsel about the legality of offering for sale each of the Infringing Products.

<u>Request for Admission 7.</u>　　Admit that Your profits from the sale of the Infringing Products totals more than $100,000.

# DEFINITIONS AND INSTRUCTIONS

1. In addition to the definitions and instructions set forth in Fed. R. Civ. P. 36, the following definitions and instructions apply to the Requests for Admissions set forth above and should be considered as part of each such request:

2. As used herein, "Defendant" shall include the following e-commerce stores identified by the Seller Aliases and Online Marketplaces.

| No. | Online Marketplaces | Seller Aliases |
|---|---|---|
| 2 | aliexpress.com/store/133112 | Comaxsun Pro Store |
| 3 | aliexpress.com/store/1762739 | joto |
| 4 | aliexpress.com/store/1797271 | TSO Cycling Store |
| 6 | aliexpress.com/store/1933048 | Z&X Outdoors |
| 7 | aliexpress.com/store/1973118 | RUISIMO Official Store |
| 8 | aliexpress.com/store/3018204 | BESTGIA Store |
| 9 | aliexpress.com/store/3612004 | Outdoor WH |
| 10 | aliexpress.com/store/4050087 | HonTuo Yundong |
| 11 | aliexpress.com/store/4248014 | Gusenke Trading Store |
| 12 | aliexpress.com/store/4677043 | moxilyn cycling store |
| 14 | aliexpress.com/store/4987311 | ESHIHAN Store |
| 15 | aliexpress.com/store/5108020 | Mazatlan men glasses |
| 16 | aliexpress.com/store/5633311 | My Protector Outdoor Store |
| 18 | amazon.com/sp?seller=A1RA7T522XTPI1 | LeCat |
| 20 | ebay.com/usr/astorion | astorion |
| 21 | ebay.com/usr/bikein-sport | bikein-sport |
| 23 | ebay.com/usr/crazybottle2-4 | crazybottle2-4 |
| 24 | ebay.com/usr/cyclehk | cyclehk |
| 25 | ebay.com/usr/goodjob2016 | goodjob2016 |
| 27 | ebay.com/usr/meng_2018 | meng_2018 |
| 29 | ebay.com/usr/mldzstore | mldzstore |
| 30 | ebay.com/usr/mmhuanghuiling1981 | mmhuanghuiling1981 |
| 31 | ebay.com/usr/omeibuyeu2019 | omeibuyeu2019 |
| 32 | ebay.com/usr/wireless.expert | wireless.expert |
| 33 | wish.com/merchant/53d212534497c5724bb02e9e | Pandoras Gearbox |
| 34 | wish.com/merchant/56322a08583ea10fe4aeeae2 | Creative culture co LTD |
| 35 | wish.com/merchant/572f0cb4fbbec05936904483 | rosemary.wedding |
| 36 | wish.com/merchant/5874f663838c484d5fbf3349 | Happy day man |
| 37 | wish.com/merchant/58d08f09cc7101505ef4f233 | Xu Xiugen shop |
| 38 | wish.com/merchant/58e734388ee9e81057915a63 | lisating1 |

| 39 | wish.com/merchant/591c4c8950216c6281ad6e97 | PINGUAN TRADING |
| 40 | wish.com/merchant/59535e512eac110e97ed8011 | Ningbo Tuo Yu Trading Co., Ltd. |
| 41 | wish.com/merchant/5a47606a0c47f3670666bca9 | ChuhengElectronics |
| 43 | wish.com/merchant/5ae543991c256d2b06d490ff | Eqwea |
| 44 | wish.com/merchant/5aed24791c25001bd4fbee69 | SireckSport |
| 45 | wish.com/merchant/5b4446cc86152a5a179076b8 | Green Night Story |
| 46 | wish.com/merchant/5d3afbe770327a55f1b53a64 | ranxiaobai |
| 47 | wish.com/merchant/5d40500172b0c9295c765ba5 | yaxifei |
| 48 | wish.com/merchant/5d467cc372b0c91446ffbb4b | HJY Discount store |
| 49 | wish.com/merchant/5d4d5f268388976b46e6b6af | Yaya Boutique Jewelry |

3. These requests are addressed to each Defendant listed in Paragraph 2 and (a) its present or former directors, officers, employees, agents, representatives, accountants, investigators, consultants, attorneys, and predecessors or successors in interest and any parent, subsidiary, or affiliated entities; (b) any other person acting on Defendants' behalf or on whose behalf Defendants acted; and (c) any other person otherwise controlled by Defendants, or which controls Defendants, or which is under common control with Defendants.

4. As used herein, "Plaintiff" shall mean, unless otherwise indicated, Oakley, Inc., any of Plaintiff's officers, directors, employees, agents and representatives, and all persons acting on Plaintiff's behalf.

5. As used herein, "Defendant" or "Defendants" or "You" or "Your" or "Yourself" shall be deemed to include the named owner(s) and/or operator(s) of Defendants' Online Marketplaces and Defendants' Financial Accounts, and (a) its present or former directors, officers, employees, agents, representatives, accountants, investigators, consultants, contractors, attorneys, and predecessors or successors in interest and any parent, subsidiary, or affiliated entities; (b) any other person acting on Defendants' behalf or on whose behalf Defendants acted; and (c) any other person otherwise controlled by Defendants, or which controls Defendants, or which is under common control with Defendants.

4

6. As used herein, "Defendants' Online Marketplaces" shall be deemed to include the online marketplaces listed in Paragraph 2.

7. "Lawsuit" or "Litigation" shall mean the lawsuit captioned *Oakley, Inc. v. All-Inbike, et al.,* Case No. 20-cv-03542, filed on June 17, 2020, in the U.S. District Court for the Northern District of Illinois.

8. "Complaint" shall mean the Complaint and Amended Complaint filed by Plaintiff in the Lawsuit.

9. As used herein, the "Oakley Design" shall refer to Plaintiff's registered patented design, as shown in the Lawsuit Complaint.

10. As used herein, "Plaintiff's Products" shall mean any product offered for sale or sold using, relating to, featuring or bearing the Oakley Design and/or designs identical with, or substantially similar to, the Oakley Design as defined in Paragraph 9.

11. As used herein, "Infringing Products" shall mean products offered for sale or sold using, relating to, featuring or bearing a third-party patented design on the product regardless of when it became known or was alleged You were using a third-party patented design.

12. The singular form of a word should be interpreted in the plural, as well. Any pronoun shall be construed to refer to the masculine, feminine, or neuter gender as in each case is most appropriate. The words "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the request most inclusive.

Dated this 27th day of August 2020.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Oakley, Inc.*

6

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of August 2020, a copy of the foregoing was served via electronic mail on the e-mail addresses identified in Exhibit 2 to the Declaration of Jason Groppe and any e-mail addresses provided for Defendants by third parties.

        /s/ Justin R. Gaudio
        Amy Ziegler
        Justin R. Gaudio
        Jake M. Christensen
        Thomas J. Juettner
        Greer, Burns & Crain, Ltd.
        300 South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        312.360.0080
        312.360.9315 (facsimile)
        aziegler@gbc.law
        jgaudio@gbc.law
        jchristensen@gbc.law
        tjjuettner@gbc.law

        *Counsel for Plaintiff Oakley, Inc.*