## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALL-INBIKE, et al.,<br><br>    Defendants. | Case No. 20-cv-03542<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Young B. Kim** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that Plaintiff, by its counsel, has filed Plaintiff's Motion for Entry of Default and Default Judgment. Pursuant to the Fifth Amended General Order 20-0012, Plaintiff has not noticed the Motion for a hearing, but Plaintiff is available for a telephonic hearing if requested by the Court.

Dated this 2nd day of September 2020.    Respectfully submitted,

    /s/ Justin R. Gaudio
    Amy C. Ziegler
    Justin R. Gaudio
    Jake M. Christensen
    Thomas J. Juettner
    Greer, Burns & Crain, Ltd.
    300 South Wacker Drive, Suite 2500
    Chicago, Illinois 60606
    312.360.0080 / 312.360.9315 (facsimile)
    aziegler@gbc.law
    jgaudio@gbc.law
    jchristensen@gbc.law
    tjjuettner@gbc.law

    *Counsel for Plaintiff Oakley, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Jason Groppe and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Oakley, Inc.*